Steven Lawrence – Bar #150861
ALVARADO & ASSOCIATES, LLP
1 Mac Arthur Place, Suite 210
Santa Ana, CA 92707
(714) 327-4400/ Fax No. (714) 327-4499
199-51617-2

Attorneys for JPMORGAN CHASE BANK, N.A.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

In re

CLAY BERNARD III, THERESA ANN CALDERON,

Debtors.

Case No. 11-49825

(Chapter 13)

**REQUEST FOR SPECIAL NOTICE**

Date:
Time: (No hearing required)
Place:

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Request is hereby made by **JPMORGAN CHASE BANK, N.A.**, that its attorney, Steven Lawrence of ALVARADO & ASSOCIATES, LLP located at 1 Mac Arthur Place, Suite 210, Santa Ana CA 92707, receive notice of all pleadings, papers, notices, applications, amendments, orders and all other matters in the above-referenced proceedings.

Dated: September 20, 2011

ALVARADO & ASSOCIATES, LLP

By /S/ Steven Lawrence
Steven Lawrence
Attorney for JPMORGAN CHASE BANK, N.A.