WILLIAM G. MALCOLM, #129271
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 Telephone
(949) 252-1032 Fax

**Attorneys for Secured Creditor,**
**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 11-49825 |
| CLAY BERNARD, III, and | Chapter 13 |
| THERESA ANN CALDERON | **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| Debtors. | MEETING OF CREDITORS:<br>DATE:  October 20, 2011<br>TIME:  2:00 PM<br>PLACE:  Oakland U.S. Trustee Office |

**TO THE HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTORS AND THE DEBTORS' COUNSEL:**

JPMorgan Chase Bank, National Association ("JPMorgan") is the holder of a secured claim recorded against property in which the Debtors claim an interest. JPMorgan is, therefore, a party in interest and has standing to object to the Debtors' Chapter 13 Plan.

JPMorgan is the holder of a claim secured only by a security interest in real property commonly known as 61 Seagull Dr., Richmond, California, 94804. The total amount that is due and owing under the Promissory Note is approximately $253,604.29 and the pre-petition arrearage owed is approximately $15,294.89. JPMorgan objects to the Debtors' Plan on the following grounds:

The Debtors' Plan understates the pre-petition arrearages owed to JPMorgan. As the Debtors' Plan payment is not sufficient to cure the pre-petition arrears, the Plan is infeasible and does not satisfy §1322(b)(5) or §1325.

Objection to Confirmation of Plan - 1 -

1    Based on the foregoing, JPMorgan respectfully requests that the Court deny confirmation on

2 the Debtors' Chapter 13 Plan or order that the Chapter 13 Plan be amended to provide for payment

3 of JPMorgan's pre-petition arrearages.

4 DATED:  October 20, 2011                    Respectfully Submitted,

5                                             MALCOLM CISNEROS, A Law Corporation

6

7                                              _/s/William G. Malcolm_____
                                             WILLIAM G. MALCOLM
8                                            Attorney for Secured Creditor,
                                             **JPMORGAN CHASE BANK,**
9                                            **NATIONAL ASSOCIATION**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                       ) ss.
COUNTY OF ORANGE )

     I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

     On October 20, 2011, I served the following document described as **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California (**and via telecopy or overnight mail where indicated**), addressed as follows:

                              Clay Bernard, III
                              Theresa Ann Calderon
                              1722 W. 239th Street
                              Torrance, CA 90501

                              Patrick L. Forte
                              Law Offices of Patrick L. Forte
                              1 Kaiser Plaza #480
                              Oakland, CA 94612-3610

                              Martha G. Bronitsky
                              P.O. Box 5004
                              Hayward, CA 94540-5004

I declare under penalty of perjury that the foregoing is true and correct.
Executed on October 20, 2011, at Irvine, California.


                          */s/Lorena Farias*
                          LORENA FARIAS