| | |
|---|---|
| 1 | ERICA T. LOFTIS, #259286 |
|   | CHRISTINA J. O, #266845 |
| 2 | MALCOLM ♦ CISNEROS, A Law Corporation |
|   | 2112 Business Center Drive, Second Floor |
| 3 | Irvine, California 92612 |
| 4 | (949) 252-9400 (TELEPHONE) |
|   | (949) 252-1032 (FACSIMILE) |
| 5 | |
| 6 | Attorney for Movant |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 11-49825 |
| Clay Bernard, III and Theresa Ann Calderon, | RS No. ETL-1303 |
| Debtors. | Chapter 13 |
| JPMorgan Chase Bank, National Association and its successors and/or assignees, | STIPULATION REGARDING JPMORGAN CHASE BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY |
| Movant, | |
| vs. | CONTINUED HEARING DATE: |
| Clay Bernard, III and Theresa Ann Calderon, Debtors, and Martha G. Bronitsky, Trustee, | DATE: February 1, 2013 TIME: 10:00 a.m. CTRM: 215 |
| Respondents. | |

JPMorgan Chase Bank, National Association, and its successors and/or assignees ("Movant"), by and through its counsel, Erica T. Loftis, of Malcolm ♦ Cisneros, and Clay Bernard, III and Theresa Ann Calderon ("Debtors"), by and through their counsel of record, Patrick L. Forte, of Law Offices of Patrick L. Forte, hereby submit the following:

**IT IS HEREBY STIPULATED** that in regards to the real property commonly known as 61 Seagull Drive, Richmond, CA 94804 ("the Property"):

Beginning April 1, 2013 the Debtors shall make monthly payments in the amount of $1,110.00 calculated pursuant to the HAMP calculation of 31% of the Debtors' gross monthly income. Said payment is due on the first of each month within the grace period as provided by the Note and Deed of Trust while the

STIPULATION                        1
AS

loan modification application is pending.

All payments made under this Stipulation shall be sent to the following address:
Chase Home Finance
Attention: OH4-7133
3415 Vision Drive
Columbus OH 43219

If the Debtors fail to cure the default, Movant shall be entitled to notify the Debtors and the Debtors' attorney of record of said default in writing. The Debtors shall have ten (10) calendar days from the date of the written notification to cure the default. In the event Debtors fail to cure the default, Movant shall be entitled to restore the Motion for Relief to the Court's calendar on fourteen (14) days' notice.

**IT IS FURTHER STIPULATED** that either party may restore the Motion for Relief from Stay to the Court's calendar on fourteen (14) days' notice to Debtors and Debtors' Counsel.

**APPROVED AS TO FORM AND CONTENT:**

AS AMENDED:

| | |
|---|---|
| DATED: March 13, 2013 <br> LAW OFFICES OF PATRICK L. FORTE <br> /s/ <br> ~~Patrick L. Forte~~ ANNE Y. SHIAU <br> Attorney for Debtors | DATED: 3/14, 2013 <br> /s/ <br> Erica T. Loftis <br> Attorney for Movant |

STIPULATION
AS

2